**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Beanka Hassan, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Department of Corrections and Rehabilitation, | ) ) | Case No. 1:19-cv-011 |
| | ) | |
| Defendant. | ) | |

A status conference will be held before the Magistrate Judge on August 6, 2020, at 2:30 p.m. CDT by telephone. To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhaalter, Magistrate Judge
United States District Court