IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Beanka Hassan,<br><br>    Plaintiff,<br><br>vs.<br><br>North Dakota Department of Corrections and Rehabilitation,<br><br>    Defendant. | ASSENTED TO MOTION TO AMEND SCHEDULING PLAN<br><br>Case No. 1:19-cv-00011 |

Pursuant to Rule 26(f), counsel for the parties certify that they have conferred to discuss the status of this case and the need to extend certain deadlines set forth in the Scheduling/Discovery Plan (ECF No. 43).

Plaintiff Beanka Hassan and Defendant North Dakota Department of Corrections and Rehabilitation, by and through their respective counsel, hereby stipulate and request that the Scheduling/Discovery Plan be amended as follows:

1. The parties shall have until September 2, 2022, to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 22nd day of March, 2022.

                                      Ebeltoft . Sickler . Lawyers PLLC
                                      Attorneys for Plaintiff
                                      2272 Eighth Street West
                                      Dickinson, North Dakota 58601
                                      Telephone Number: (701) 225-LAWS (5297)
                                      Facsimile Number: (701) 225-9650
                                      Email: ngrant@ndlaw.com
                                                 sthomas@ndlaw.com

                              By:    /s/ Shea Thomas
                                         Nicholas C. Grant, ND ID #07102
                                         Shea Thomas, ND ID #08498

Dated this 22nd day of March, 2022.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:   /s/ Courtney R. Titus
      Courtney R. Titus
      Assistant Attorney General
      State Bar ID No. 08810
      Office of Attorney General
      500 North 9th Street
      Bismarck, ND 58501-4509
      Telephone (701) 328-3640
      Facsimile (701) 328-4300
      Email ctitus@nd.gov

Attorneys for Defendant.